**DISMISS; and Opinion Filed December 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00785-CV

**ERIC A. SCZEPANIC, Appellant**
**V.**
**CITIMORTGAGE INC., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-08775-A**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Before the Court is appellant's December 16, 2014, unopposed motion to dismiss the appeal. In the motion, the parties state they have resolved all matters in dispute between them and request we dismiss the appeal. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

140785F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERIC A. SCZEPANIC, Appellant

No. 05-14-00785-CV          V.

CITIMORTGAGE INC., Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-11-08775-A.
Opinion delivered by Justice Bridges.
Justices Lang-Miers and Myers
participating.

Based on appellant's December 16, 2014, unopposed motion to dismiss the appeal, and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 19th day of December, 2014.